UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | | |
|---|---|---|
| Jami Lemerise | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 20-10885ELF |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion for an Expedited Hearing to Impose the Automatic Stay by electronic or regular US Mail on all interested creditors and the following parties by electronic means or regular US mail:

**William C. Miller**
Chapter 13 Standing Trustee

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Kevin McDonald, Esq.**
**KML Law Group**
Attorney for M&T Bank
701 Market St Suite 5000
Philadelphia, PA 19106

Dated: March 4, 2020

/s/Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for Debtor