**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:          |   |                          |
|-----------------|---|--------------------------|
| Jami Lemerise   | : | Chapter 13               |
|                 | : |                          |
| Debtor          | : | Case No.: 20-10885ELF    |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Notice and Order Granting Debtor's Request for an Expedited Hearing on all creditors and the following parties by electronic means and/or regular US mail:

**William C. Miller**
Chapter 13 Standing Trustee

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Kevin McDonald, Esq.**
**KML Law Group**
Attorney for M&T Bank
701 Market Street, Suite 5000
Philadelphia, PA 19106

Dated: March 4, 2020

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Jami Lemerise | : | Chapter 13 |
| | : | |
|     Debtor | : | Case No.: 20-10885ELF |

## NOTICE OF MOTION, RESPONSE DEADLINE and EXPEDITED HEARING DATE

    Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed an Expedited Motion to Impose the Automatic Stay for the reasons detailed in the enclosed Motion.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

    1.    If you do NOT want the court to grant the relief sought in the motion, then on or before the hearing date of **March 10, 2020** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
        United States Bankruptcy Court
        Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
        Brad J. Sadek, Esq.
        1315 Walnut Street #502
        Philadelphia, PA 19107

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

    3.    A hearing on the motion is scheduled to be held before **Judge Eric L Frank** on **March 10, 2020, at 9:30am** at The United States Bankruptcy Court, 900 Market Street, Philadelphia, Courtroom #1, Philadelphia, PA 19107.

    4.    You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Jami Lemerise | : | Case No.: 20-10885ELF |
| | : | |
| Debtor (s) | : | Chapter 13 |

### ORDER

AND NOW, upon consideration of the Expedited Motion to Impose the Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on __March 10, 2020__, at __9:30 a.m.__, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _March 4, 2020_.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** _March 4, 2020_.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 3/4/20

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE