UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Jami Lemerise | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.:    20-10885ELF |

## ORDER GRANTING DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)(4)(b)

AND NOW, this __3rd__ day of __April__, 2020 upon consideration of the Debtor's Motion to Impose the Automatic Stay, it is hereby;

**ORDERED** that the Motion is **GRANTED** and that the automatic stay is imposed pursuant to 11 U.S.C. § 362(c)(4)(b) as to all creditors served with the Debtor's Motion;

It is further **ORDERED** that if the Debtor falls into arrears on either her monthly Chapter 13 Plan Payment, or on going mortgage payments, that Creditor M&T Bank ("Mortgagee"), may file a certification of default of this Order with the Court after giving the Debtor notice of the default and 14 days to cure. If a Certification of Default is filed, Mortgagee may be granted Relief of the Stay as to them without further hearing.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**