**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jami L Lemerise aka Jami Marino        CHAPTER 13
Debtor(s)

BKY. NO. 20-10885 elf

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322