# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10885-ELF

JAMI L LEMERISE

820 AVENUE F

LANGHORNE, PA 19047-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMI L LEMERISE

    820 AVENUE F

    LANGHORNE, PA 19047-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                      /S/ William C. Miller

Date: 5/1/2020                          _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee