Case #2017-01901

| | |
|---|---|
| Case Number | 2017-01901 |
| Matter Code | |
| Commencement Date | 3/22/2017 11:53:37 AM |
| Case Type | CERTIFICATION OF JUDGMENT FROM DISTRICT JUSTICE OF THE PEACE. ASSUMPSIT EO DIE JUDGMENT ENTERED IN THE SUM OF $ |
| PFA Number | |
| Caption Plaintiff | STERLING JEWELERS INC. D/B/A |
| Caption Defendant | MARINO, JAMI L. |
| Lis Pendens Indicator | No |
| Status | 1 |
| Judge | ROBERT O. BALDI |
| Parcel Number | |
| Remarks | CERTIFICATION OF JUDGMENT FROM DISTRICT JUSTICE OF THE PEACE. ASSUMPSIT. EO DIE JUDGMENT ENTERED IN THE SUM OF $1,699.19. WITH AFFIDAVIT OF ADDRESS. NOTICE 236 SENT ON 3-22-2017. |
| Sealed | No |
| Consolidated | No |

# Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| STERLING JEWELERS INC. D/B/A (KAY JEWELERS) | 375 GHENT RD AKRON, OH 44333 UNITED STATES | | Yes | 1 | |

# Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| MARINO, JAMI L. | 820 AVENUE F LANGHORNE, PA 19047 UNITED STATES | | Yes | 1 | |

# Docket Entries

| Seq. | Filing Date | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|
| 0 | 3/22/2017 11:53:37 AM | CERTIFICATION OF JUDGMENT FROM DISTRICT JUSTICE OF THE PEACE. ASSUMPSIT. EO DIE JUDGMENT ENTERED IN THE SUM OF $1,699.19. WITH AFFIDAVIT OF ADDRESS. NOTICE 236 SENT ON 3-22-2017. | No | 11551539 |
| 1 | 3/22/2017 11:56:54 AM | APPEARANCE OF MICHAEL F. RATCHFORD ESQ., ENTERED FOR PLAINTIFF. | No | 11551540 |

# Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| STERLING JEWELERS INC. D/B/A | MARINO, JAMI L. | 3/22/2017 11:56:11 AM | $1,699.19 |