



Est. **$193,600**

 Track Your Home Value


Map
Commute Time

| 3 beds | 1 bath | 1,294 sq ft | 5,000 sqft lot |

**820 Avenue F,**
Langhorne, PA 19047

**Property Overview** - This 3BR house located in Neshaminy school district is great for a rehabber! Detached garage and wood floors are just some of the features. Show it today, priced to sell. Cash buyers preferred. Buyer is on notice that this is an as-is sale, no guarantee that the property will be 'broomswept' or cleaned out, no improvements or seller repairs will be made. Buyer is requested to use Seller"s title company for efficiency, no junk fees or travel costs will be charged. Buyer is responsible for any and all municipal certifications. Cash offers should be accompanied by proof

of funds. Please request and sign 'As-Is' addendum with all offers. This is a standard disclaimer so buyer should walk through the house and make their own determination, house may actually be in good condition. Buyer responsible for all use and occupancy permits.

This property overview is from the previous listing when the home was listed for sale in Nov 25, 2013.

| 51.60% | $88.60K | $1,475 |
|---|---|---|
| Less expensive than nearby properties | Since last sold in 2016 | Rental Estimate |

## Own this home?

Check out your owner dashboard to:

- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

## Home Value

820 Avenue F is likely to appreciate by 0.1% in the next year, based on the latest home price index. In the last 5 years, this home has increased its value by 64%.



April 2020
• This home    $194,399

2016    2017    2018    2019

Estimated values are not a substitute for professional expertise. Contact your REALTOR® for a market assessment.

**Are you the owner of 820 Avenue F?**
Learn how to maximize your home value.

## Property History

This property was sold twice in the last 7 years.

| | | |
|---|---|---|
| Today | ○ | **Estimated at $193,600** |
| Apr 13, 2016 | ○ | **Sold for $105,000** <br> Listing sold by **Realty Mark Cityscape** |
| Aug 25, 2014 | ⊕ | **Sold for $105,000** |
| May 27, 2014 | ○ | **Relisted for $102,000** |
| May 14, 2014 | ○ | **Listed for $102,000** |

Listing presented by **Century 21 Advantage Gold**

| | | |
|---|---|---|
| Jan 30, 2014 | ⊕ | **Price Changed to $105,000** |
| Jan 15, 2014 | ⊕ | **Price Changed to $110,000** |
| Dec 27, 2013 | ⊕ | **Price Changed to $120,000** |
| Dec 21, 2013 | ⊕ | **Price Changed to $125,000** |
| Dec 4, 2013 | ○ | **Relisted for $130,000** |
| Nov 25, 2013 | ⊕ | **Listed for $130,000** |

History data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain latest information.

##  Property Details

| Status | Price/Sq Ft | Type | Built |
|---|---|---|---|
| **Off Market** | **$150** | **Single Family Home** | **1949** |

## Public Records

- Beds: 3
- Rooms: 6
- House size: 1,294 sq ft
- Stories: 1
- Lot size: 5000
- Garage: Detached Garage
- Heating: Yes
- Cooling: Unknown
- Year built: 1947
- Property type: Single family
- Style: Conventional
- Date updated: 04/10/2020

## Nearby Schools

| Rating* | School Name | Grades | Distance |
|---|---|---|---|
| 7 | Hoover El School | K–4 | 1.8 mi |
| 5 | Maple Point Middle School | 5–8 | 3.6 mi |
| 7 | Neshaminy High School | 9–12 | 0.9 mi |
| NR | Tawanka Elementary School | K–4 | 1.9 mi |
| 6 | Sandburg Middle School | 5–8 | 2.5 mi |

| Rating* | School Name | Grades | Distance |
|---|---|---|---|
| 4 | Bucks County Technical High School | 9–12 | 4.2 mi |
| NR | Neshaminy Valley Country Day Private School | | 0.6 mi |
| NR | Our Lady Of Grace Private School | PK–8 | 0.9 mi |

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools. Intended for reference only. The GreatSchools Rating is based on a variety of school quality indicators, including test scores, college readiness, and equity data. To verify enrollment eligibility, contact the school or district directly.

## Neighborhood

820 Avenue F is located in the city of Langhorne, PA.

| $400,000 | $395,000 | 50 | $187 |
|---|---|---|---|
| Median Listing Price | Median Sales Price | Median Days on Market | Price Per Sq Ft |

**Explore The Neighborhood**



## Price & Tax History

## Property Price

| Date | Event | Price |
|---|---|---|
| Today | Estimated | $193,600 |
| 04/13/2016 | Sold | $105,000 |
| 08/25/2014 | Sold | $105,000 |
| 05/27/2014 | Relisted | $102,000 |
| 05/14/2014 | Listed | $102,000 |
| 01/30/2014 | Price Changed | $105,000 |
| 01/15/2014 | Price Changed | $110,000 |
| 12/27/2013 | Price Changed | $120,000 |
| 12/21/2013 | Price Changed | $125,000 |
| 12/04/2013 | Relisted | $130,000 |
| 11/25/2013 | Listed | $130,000 |

## Property Tax

| Year | Taxes | Total Assessment |
|---|---|---|
| 2020 | $3,545 | $17,200 |
| 2019 | $3,466 | $17,200 |
| 2018 | $3,403 | $17,200 |
| 2017 | $3,316 | $17,200 |
| 2016 | $3,316 | $17,200 |
| 2015 | $3,316 | $17,200 |
| 2014 | $3,316 | $17,200 |
| 2013 | $3,316 | $17,200 |
| 2012 | $3,316 | $17,200 |
| 2011 | $3,294 | $17,200 |
| 2010 | $3,294 | $17,200 |

| Year | Taxes | Total Assessment |
|---|---|---|
| 2009 | $3,264 | $17,200 |

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.



## Recently Sold Homes Near 820 Avenue F



$465,000

1708 Fite Ter, Langhorne, PA 19047
4 bd • 3 ba • 3,095 sq ft

$425,000

252 Cambridge Dr, Langhorne, PA 1...
4 bd • 2+ ba • 1,906 sq ft

811 Pers
3 bd • 3

View all