IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Jami L Lemerise | : | Chapter 13 |
| | : | |
| | : | Case No.  20-10885ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 31

Dated:  June 1, 2020                                                   /s/ Brad J. Sadek, Esquire
                                                                                  Brad J. Sadek, Esquire
                                                                                  Sadek and Cooper
                                                                                  1315 Walnut Street, Suite 502
                                                                                  Philadelphia, PA 19107
                                                                                  215-545-0008