UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Jamie L. Lemerise | : | Case No.: 20-10885-elf |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Avoid Lien filed at Docket Number 27.

Dated: June 5, 2020                                  /s/ Brad J. Sadek, Esquire
                                                                          Brad J. Sadek, Esquire
                                                                          Sadek and Cooper Law Offices, LLC
                                                                          1315 Walnut Street, Suite 502
                                                                          Philadelphia, Pa 19107
                                                                          215-545-0008