UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| Jami L. Lemerise : | Case No.: 20-10885(ELF) |
| : | |
| Debtor(s) : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on July 10, 2020, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Atlas Acquisitions, LLC**
294 Union Street
Hackensack, NJ 07601

**Avi Schild, CEO Atlas Acquisitions, LLC**
294 Union Street
Hackensack, NJ 07601

**Gina Drosos, CEO**
Sterling Jewelers and Kay Jewelers
375 Ghent Road,
Fairlawn, OH 44333

**Kay Jewelers**
375 Ghent Road
Fairlawn, OH 44333

**Sterling Jewelers**
375 Ghent Road
Fairlawn, OH 44333

Very Truly Yours,

<u>July 10, 2020</u>    ***/s/ Brad J. Sadek, Esquire***
Brad J. Sadek, Esquire
Sadek & Cooper Law Offices
1315 Walnut St, Suite 502
Philadelphia, Pa 19107
(215) 545-0008