UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Jami Lemerise | : | Case No.: 18-10885(ELF) |
| | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

*Amended Plan* filed July 13, 2020 at Docket No. 44.

Date: July 13, 2020                                    By: /s/ Brad J. Sadek, Esquire

                                                                    Attorney for Debtor