IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| Jami Lemerise | : | Case No.: 20-10885-ELF |
| | : | |
| Debtor(s) | : | Chapter 7 |

**PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

TO THE COURT:

On behalf of the Debtors, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.  Additionally, the applicable schedules and statements will be filed with the Court.

Dated: February 10, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008