Certificate Number: 03088-PAE-DE-035439927

Bankruptcy Case Number: 20-10885



03088-PAE-DE-035439927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2021, at 6:51 o'clock AM CST, Jami L Lemerise completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 9, 2021                By:   /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor